```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3697
   FAX: (510) 637-3724

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HALINA KOVEL and SERGEJ KUZNECOVS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JANET NAPOLITANO, et al, ) <br> ) <br> Defendants. ) | No. C 10-0736-SBA <br><br> **STIPULATION TO MODIFY SCHEDULE; AND [PROPOSED] ORDER** |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to modify the schedule set forth in the Procedural Order for Immigration Mandamus Cases in light of the fact that there is a reasonable probability that this case may become moot within the next sixty days.

1. Plaintiffs filed the above-entitled mandamus action on February 19, 2010, seeking an Order directing the United States Citizenship and Immigration Services (USCIS) to adjudicate an asylum application.

2. The U.S. Attorney's Office received a copy of the summons and complaint on March 1, 2010.

3. In light of the reasonable probability that USCIS will adjudicate the plaintiffs' asylum application within sixty days and that, as a result, this case may soon be moot, the parties stipulate,

STIPULATION TO MODIFY SCHEDULE
C 10-0736 SBA                                              1

subject to approval of the Court, to modify the schedule set forth in the Procedural Order for Immigration Mandamus Cases as follows:

| | |
|---|---|
| Defendants' Answer due: | June 25, 2010 |
| Plaintiffs' Motion for Summary Judgment due: | August 27, 2010 |
| Defendants' Opposition/Cross-Motion due: | September 17, 2010 |
| Plaintiffs' Reply/Opposition due: | October 1, 2010 |
| Defendants' Reply due: | October 8, 2010 |

4. If and when the case becomes moot, the parties will file a stipulation to dismiss with each party bearing their own costs and fees.

Dated: April 26, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: April 26, 2010

/s/
CHRISTINA H. LEE
Law Office of Christina H. Lee
Attorney for Plaintiffs

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS ORDERED

Date: 5/3/10

SAUNDRA B. ARMSTRONG
United States District Judge

STIPULATION TO MODIFY SCHEDULE
C 10-0736 SBA    2