| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 4 | |
| 5 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-3697 |
| 6 | FAX: (510) 637-3724 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| HALINA KOVEL and SERGEJ KUZNECOVS, | ) | |
| | ) | No. C 10-0736-SBA |
| Plaintiffs, | ) | |
| | ) | **STIPULATION TO DISMISS; AND** |
| v. | ) | **ORDER** |
| | ) | |
| JANET NAPOLITANO, et al, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action in light of the fact that USCIS has adjudicated the asylum application that was the subject of this action and the case is therefore moot.

Each of the parties shall bear their own costs and fees.

//
//
//
//
//
//

STIPULATION TO DISMISS
C 10-0736 SBA                                  1

| | | |
|---|---|---|
| 1 | Dated: June 16, 2010 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | /s/<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | Dated: June 16, 2010 | /s/<br>CHRISTINA H. LEE |
| 8 | | Law Office of Christina H. Lee<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED

Date:  6/21/10          *Saundra B Armstrong*
                        SAUNDRA B. ARMSTRONG
                        United States District Judge

STIPULATION TO DISMISS
C 10-0736 SBA                              2